UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BARBARA GOLD,

                      Plaintiff(s),           **ORDER**
                                            CV04-0716(TCP)(WDW)

        -against-

INTERNAL REVENUE SERVICE and
UNITED STATES OF AMERICA,
                        Defendant(s).
-----------------------------------------------------------------X
**WALL, Magistrate Judge:**

        By order dated March 10, 2006, the undersigned granted plaintiff's counsel's motion to

withdraw. The plaintiff was told to retain new counsel or write to Judge Platt within 30 days,

advising him of her decision to proceed pro se. The undersigned also recommended that Judge

Platt continue the stay of the defendants' pending motion to dismiss, served on Ms. Gold in

December 2005, but never opposed and never docketed due to the motion to withdraw. The

plaintiff has failed to communicate with the court. Ms. Gold has thus, by default, chosen to

proceed pro se. The undersigned recommends that the stay on her obligation to respond to the

defendants' motion be lifted, and that she be ordered by Judge Platt to oppose the motion within a

set time period, or risk dismissal of the action. A copy of this Order is being mailed to Ms.Gold at

her home address - 220 Dix Hills Road/Dix Hills/NY 11746.

        It has also come to the court's attention that Mr. Schictman is still listed as the attorney of

record for Ms. Gold. The Clerk of the Court is directed to terminate him from the docket and to

substitute Ms. Gold as appearing pro se.

Dated: Central Islip, New York               **SO ORDERED:**
       June 14, 2006

                                 /s/ William D. Wall
                              WILLIAM D. WALL
                              United States Magistrate Judge